```
                              United States Bankruptcy Court
                                Middle District of Florida
In re:                                                              Case No. 11-01880-CPM
Edna Perdomo                                                        Chapter 7
Ruben D Perdomo
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 113A-8          User: fhayne               Page 1 of 2              Date Rcvd: May 16, 2011
                              Form ID: B18J             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2011.
jdb/db        +Edna Perdomo,   Ruben D Perdomo,   5328 Starhill Place,   Tampa, FL 33624-7011
cr            +Wells Fargo Bank, NA,   P.O. Box 25018,   Tampa, FL 33622-5018
19826240      +Americredit,   Po Box 181145,   Arlington, TX 76096-1145
19826242      +Ballys,   12440 E Imperial H Suite 300,   Norwalk, CA 90650-8309
19826246      +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
19826249      +Brclysbankde,   P.O. B   8803,   Wilmington, DE 19899-8803
19826254      +Chase Auto,   Po Box 901076,   Fort Worth, TX 76101-2076
19826256      +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
19826257      +Eastern Cu,   3700 Lakeside Driv,   Miramar, FL 33027-3264
19826268       Gulf Coast Collection (Original Cre,   5690 Marquesas Cir,   Sarasota, FL 34233
19826272      +I C System Inc (Original Creditor:N,   Po Box 64378,   Saint Paul, MN 55164-0378
19826274      +Merchants Assoc Cool D (Original Cr,   134 S Tampa St,   Tampa, FL 33602-5354
20091125       Ocwen Loan Servicing,   1650 Ingenuity Drive,   Orlando, FL 32826
19826279      +Pcs (Original Creditor:Medl 02 Fep,   P.O. Box 538092,   Orlando, FL 32853-8092
19826281      +Portfolio Recvry&Affil (Original Cr,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
19826283      +Space Coast Credit Uni,   8045 N Wickham Rd,   Melbourne, FL 32940-7920
19826286      +Up/Regionsm,   Po Box 110,   Hattiesburg, MS 39403-0110
19826287     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
20091127     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
                Frederick, MD 21701)
19826289      +William W Siegel Assoc (Original Cr,   7 Penn Plz,   New York, NY 10001-3967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20091126      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 17 2011 00:47:13     Aurora Loan Services,
                10350 park Meadows Dr St,   Littleton,CO 80124-6800
19826241      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 17 2011 00:47:13     Aurora Loan Services I,
                10350 Park Meadows Dr St,   Littleton, CO 80124-6800
19826250      +EDI: CAPITALONE.COM May 16 2011 23:43:00     Cap One,   Po Box 85520,   Richmond, VA 23285-5520
19826252      +EDI: RMSC.COM May 16 2011 23:43:00     Carecrd/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
19826253      +EDI: CHASE.COM May 16 2011 23:43:00     Chase,   201 N Walnut St # De1-10,
                Wilmington, DE 19801-2920
19826255      +EDI: CHASE.COM May 16 2011 23:43:00     Chase Bank Usa, Na,   Po Box 15298,
                Wilmington, DE 19850-5298
20091124      +Fax: 813-414-8030 May 17 2011 01:49:32     GTE Federal Credit Union,   711 E. henderson Avenue,
                Tampa, FL 33602-2509
19826258      +EDI: RMSC.COM May 16 2011 23:43:00     Gemb/Dillard,   Po Box 981471,   El Paso, TX 79998-1471
19826259      +EDI: RMSC.COM May 16 2011 23:43:00     Gemb/Dillards,   Po Box 981400,   El Paso, TX 79998-1400
19826261      +EDI: RMSC.COM May 16 2011 23:43:00     Gemb/Oldnavy,   Po Box 981400,   El Paso, TX 79998-1400
19826262      +EDI: RMSC.COM May 16 2011 23:43:00     Gemb/Sams,   Po Box 981400,   El Paso, TX 79998-1400
19826263      +EDI: RMSC.COM May 16 2011 23:43:00     Gemb/Sams Club,   Po Box 981400,   El Paso, TX 79998-1400
19826265      +EDI: RMSC.COM May 16 2011 23:43:00     Gemblowbrc,   Po Box 981400,   El Paso, TX 79998-1400
19826267      +Fax: 813-414-8030 May 17 2011 01:49:32     Gte Federal Credit Uni,   711 E Henderson Ave,
                Tampa, FL 33602-2509
19826269      +EDI: HFC.COM May 16 2011 23:43:00     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19826273      +EDI: TSYS2.COM May 16 2011 23:43:00     Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
19826275      +EDI: MID8.COM May 16 2011 23:43:00     Midland Credit Mgmt (Original Credi,   8875 Aero Dr,
                San Diego, CA 92123-2251
19826282      +EDI: SEARS.COM May 16 2011 23:43:00     Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
19826288      +EDI: WFNNB.COM May 16 2011 23:43:00     Wfnnb/Ny&C,   220 W Schrock Rd,
                Westerville, OH 43081-2873
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Plantation Homeowners, Inc.
19826280       PHILLIP FINDLEY,   16307 W ROCKY ROAD POND PL,   STE 4,   FL 33555
19826244*     +Ballys,   12440 E Imperial H Suite 300,   Norwalk, CA 90650-8309
19826245*     +Ballys,   12440 E Imperial H Suite 300,   Norwalk, CA 90650-8309
19826243*     +Ballys,   12440 E Imperial H Suite 300,   Norwalk, CA 90650-8309
19826247*     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
19826248*     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
19826251*     +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
19826260*     +Gemb/Dillards,   Po Box 981400,   El Paso, TX 79998-1400
19826264*     +Gemb/Sams Club,   Po Box 981400,   El Paso, TX 79998-1400
19826266*     +Gemblowbrc,   Po Box 981400,   El Paso, TX 79998-1400
19826270*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19826271*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19826276*     +Midland Credit Mgmt (Original Credi,   8875 Aero Dr,   San Diego, CA 92123-2251
19826278*     +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
19834802*     +Ruben D Perdomo,   5328 Starhill Place,   Tampa, FL 33624-7011
```

```
District/off: 113A-8           User: fhayne              Page 2 of 2                    Date Rcvd: May 16, 2011
                               Form ID: B18J            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
19826284*     +Space Coast Credit Uni,   8045 N Wickham Rd,   Melbourne, FL 32940-7920
19826285*     +Space Coast Credit Uni,   8045 N Wickham Rd,   Melbourne, FL 32940-7920
19826277    ##+Ocwen Loan Servicing L,   12650 Ingenuity Dr,  Orlando, FL 32826-2703
                                                                                   TOTALS: 2, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2011**                    **Signature:** _Joseph Speetjens_

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:11−bk−01880−CPM

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edna Perdomo  
5328 Starhill Place  
Tampa, FL 33624

Ruben D Perdomo  
5328 Starhill Place  
Tampa, FL 33624

Social Security No.:  
xxx−xx−5727

xxx−xx−2018

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: May 16, 2011

_____  
Catherine Peek McEwen  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**